Julie Levine, Appellant, v Robert Levine, Respondent.

Submitted April 9, 2007; decided June 7, 2007

Motion, insofar as it seeks leave to appeal from the Appellate Division order modifying, and as modified, affirming Supreme Court's April 25, 2005 judgment, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order enforcing provisions of the divorce judgment and awarding attorneys' fees in connection with the enforcement, dismissed upon the

ground that such Appellate Division order does not finally determine the action within the meaning of the Constitution.